**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:      KEVIN SMITH
A/K/A KEVIN SCOTT SMITH
TAMMY SMITH
A/K/A TAMMY LORRAINE SMITH

      Debtor(s),

Case No.: 10-37408-KRH
Chapter 13

      NUVELL CREDIT COMPANY, LLC

      Movant,

v.

      KEVIN SMITH
CARL M. BATES, ESQUIRE

      Defendants.

**ORDER GRANTING RELIEF FROM STAY**

Upon consideration of the Motion of Nuvell Credit Company, LLC ("Nuvell") to modify the automatic stay; it is, therefore

**ORDERED**

that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce its rights under its security agreement to lawfully repossess and

Carl A. Eason, Esquire
Counsel for Nuvell
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
(757)497-6633
VSB# 18636

liquidate certain personal property, to-wit:

2005 Chevrolet Blazer, VIN 1GNCS18X15K106135

DONE at_____, Virginia, this _____ of _____ 2010.

_____Judge
United States Bankruptcy Judge

Copies to:

Carl A. Eason, Esquire
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
Counsel for Nuvell

Richard James Oulton, Esquire
P.O. Box 5928
Glen Allen, VA 23058
Counsel for debtor(s)

Carl M. Bates, Esquire
P.O. Box 1819
Richmond, VA 23218

Kevin Smith
22175 Cammack Drive
Ruther Glen, VA 22546

I ask for this:


 /s/ Carl A. Eason
Carl A. Eason, Esquire
Counsel for Nuvell
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
Seen and Agreed:


 /s/ Richard James Oulton by
 Carl A. Eason with express authority
Richard James Oulton, Esquire
Counsel for debtor(s)

P.O. Box 5928
Glen Allen, VA 23058


Seen:



 /s/ Carl M. Bates
Carl M. Bates, Esquire
Trustee
P.O. Box 1819
Richmond, VA 23218

## CERTIFICATION OF SERVICE

 Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed Order has been endorsed by or served upon all necessary parties on or before the _____ 3rd day of December, 2010, to Richard James Oulton, Esquire, P.O. Box 5928, Glen Allen, VA 23058, counsel for debtor(s); Carl M. Bates, Esquire, Trustee, P.O. Box 1819, Richmond, VA 23218; and to the debtor(s), 22175 Cammack Drive, Ruther Glen, VA 22546.


          /s/ Carl A. Eason

## CERTIFICATION

 The undersigned certifies that the foregoing Consent Order Modifying Automatic Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, addition, or deletion has been made.

          /s/ Carl A. Eason



Carl A. Eason, Esquire
Counsel for Nuvell
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
(757)497-6633
VSB# 18636